**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
    amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **100 Orchard St. LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **DBA  Blue Moon Hotel** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **04-3713024** |

4.   **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **100 Orchard Street** **New York, NY 10002** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **New York** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5.   **Debtor's website** (URL)   **https://www.bluemoon-nyc.com/**

6.   **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **100 Orchard St. LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.**   **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
    See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    **7213**

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

Debtor    **100 Orchard St. LLC**                                           Case number (*if known*) _____
                Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor _____ | Relationship _____ |
| District _____   When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
                Contact name _____
                Phone _____

---

████ **Statistical and administrative information**

**13. Debtor's estimation of available funds**        .        *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **100 Orchard St. LLC**                                          Case number (*if known*) _____
         Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **100 Orchard St. LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 23, 2022**
    MM / DD / YYYY

**X** **/s/ Randy Settenbrino**                **Randy Settenbrino**
    Signature of authorized representative of debtor        Printed name

Title    **President/Managing Member**

---

**18. Signature of attorney**

**X** **/s/ Scott S. Markowitz, Esq.**            Date    **March 23, 2022**
    Signature of attorney for debtor                MM / DD / YYYY

**Scott S. Markowitz, Esq. (SSM-0849)**
Printed name

**Tarter Krinsky & Drogin LLP**
Firm name

**1350 Broadway**
**11th Floor**
**New York, NY 10018**
Number, Street, City, State & ZIP Code

Contact phone    **(212) 216-8000**    Email address    **smarkowitz@tarterkrinsky.com**

**(SSM-0849) NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **100 Orchard St. LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 23, 2022**    X **/s/ Randy Settenbrino**
                                          Signature of individual signing on behalf of debtor

                                          **Randy Settenbrino**
                                          Printed name

                                          **President/Managing Member**
                                          Position or relationship to debtor

Official Form 202                **Declaration Under Penalty of Perjury for Non-Individual Debtors**

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **100 Orchard St. LLC** | |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** | ☐ Check if this is an |
| Case number (if known): | | amended filing |

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jurny Inc. 5161 Lankershim Blvd. Suite 250 North Hollywood, CA 91601 | | Furniture, supplies and equipment. | Unliquidated | | | $108,130.00 |
| NYC Department of Buildings 280 Broadway New York, NY 10007 | | Administrative | Unliquidated | | | $51,000.00 |
| Nouveau Elevator Industries In 47-55 37th Street Long Island City, NY 11101 | | 100 Orchard Street, New York, NY 10002 Block 409 Lots 1101 and 1102 | Unliquidated Disputed | | | $44,770.34 |
| NYC Water Board P.O. Box 11863 Newark, NJ 07101 | | Water Charges (from prior Tenant) | Unliquidated | | | $27,388.00 |
| Historic Hotels of America Preferred Hotel Group 23 Corporate Plaza, Ste. 190 Newport Beach, CA 92660 | | Enrollment Fee | Unliquidated | | | $8,500.00 |
| Con Edison P.O. Box 1702 New York, NY 10116 | | Electricity and Gas | Unliquidated | | | $5,000.00 |
| Sergey Drabkin P. O. Box 240229 Brooklyn, NY 11224 | | Engineer ( LL11 violation from former tennat) | Unliquidated | | | $4,000.00 |
| Precision Elevator 257 51 Street Brooklyn, NY 11220 | | Monthly Maintenance and Annual Elevator Test | Unliquidated | | | $1,416.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

| Debtor | **100 Orchard St. LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Safety Fire Sprinkler 1070 38th Street Brooklyn, NY 11219** | | **Sprinkler Inspection Balance** | **Unliquidated** | | | **$1,034.00** |
| **Kane Calderon 18 Rosemawr Place Clifton, NJ 07012** | | **Unpaid Wages** | **Unliquidated** | | | **$1,000.00** |
| **DNA Mechanical 107 Edgewood Ave Clifton, NJ 07012** | | **HVAC Repair** | | | | **$1,000.00** |
| **Verizon P.O. Box 15124 Brooklyn, NY 11212** | | **Fire Alarm and Elevator Lines** | **Unliquidated** | | | **$157.00** |
| **Bil-Man Asset Management LLC 12 East 37th Street New York, NY 10016** | | **100 Orchard Street, New York, NY 10002**<br><br>**Block 409 Lots 1101 and 1102** | **Unliquidated Disputed** | **Unknown** | **$21,000,000.00** | **Unknown** |
| **Eliyahu Idi 341 Broadway Brooklyn, NY 11211** | | **Litigation Claim** | **Unliquidated Disputed** | | | **$0.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name __**100 Orchard St. LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an
amended filing

---

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $ __21,000,000.00__

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $ __4,341,713.23__

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................... $ __25,341,713.23__

---

**Part 2:    Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ __10,913,352.00__

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ __1,000.00__

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ __252,395.34__

4. **Total liabilities** ..............................................................................................................
    Lines 2 + 3a + 3b                                                                         $ __11,166,747.34__

---

**Fill in this information to identify the case:**

Debtor name **100 Orchard St. LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2. **Cash on hand**<br>The Debtor's cash is held by a non-debtor affiliate, Blue Moon Hotel Limited LLC, which manages the Hotel. | **$62,719.44** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **JPMorgan Chase Bank** | **Checking** | **6563** | **$1,984.31** |
| 3.2. | **JPMorgan Chase Bank** | **Checking** | **4165** | **$60,735.13** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                    $125,438.88
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **100 Orchard St. LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** **Hotel Supplies and Merchandise** | | $0.00 | | $14,700.00 |

| 23. | **Total of Part 5.** | | $14,700.00 |
|---|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | | |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____   Valuation method _____   Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **100 Orchard St. LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Commercial kitchen appliances and fixtures;<br>water heater & tank, sprinkler/standpipe/fire<br>safety system; elevator system; HVAC system<br>and other fixtures.** | $0.00 | | $750,000.00 |

51.  **Total of Part 8.**          $750,000.00

Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1.  **100 Orchard Street,<br>New York, NY 10002**<br><br>**Block 409<br>Lots 1101 and 1102** | Fee Ownership | Unknown | Comparable sale | $21,000,000.00 |

56.  **Total of Part 9.**          $21,000,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 3 |
|---|---|---|

Debtor    **100 Orchard St. LLC**_____    Case number *(If known)* _____
                  Name

Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59.  **Does the debtor have any interests in intangibles or intellectual property?**

     ■ No.  Go to Part 11.
     ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

| **Claim against Eli Idi** | | **$3,200,000.00** |
|---|---|---|
| Nature of claim | **Breach of Contract** | |
| Amount requested | **$0.00** | |

| **Claim against Brick Moon Capital LLC** | | **Unknown** |
|---|---|---|
| Nature of claim | **Tortious Interference** | |
| Amount requested | **$0.00** | |

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

| **Guest room furniture & appliances** | **$251,574.35** |
|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    __100 Orchard St. LLC_____    Case number *(If known)* _____
                Name

| 78. | **Total of Part 11.** | | $3,451,574.35 |
|---|---|---|---|

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **100 Orchard St. LLC**                                                Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $125,438.88 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $14,700.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $750,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................> | | $21,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3,451,574.35 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,341,713.23 | + 91b. $21,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $25,341,713.23 |

| Fill in this information to identify the case: |
|---|

Debtor name **100 Orchard St. LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

| | |
|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | |

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1  Bil-Man Asset Management LLC**
Creditor's Name

**12 East 37th Street**
**New York, NY 10016**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Brick Moon Capital LLC**
**2. NYC Dept. of Finance**
**3. Bil-Man Asset Management LLC**
**4. Criminal Court of NY**
**5. NYC Depatment of Buildings**

Describe debtor's property that is subject to a lien
**100 Orchard Street, New York, NY 10002**

**Block 409**
**Lots 1101 and 1102**

Describe the lien
**UCC -1**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: **Unknown**  Value of collateral: **$21,000,000.00**

---

**2.2  Brick Moon Capital LLC**
Creditor's Name

**44 East 32nd Street**
**9th Floor**
**New York, NY 10016**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**100 Orchard Street, New York, NY 10002**

**Block 409**
**Lots 1101 and 1102**

Describe the lien
**Mortgage**
**Is the creditor an insider or related party?**
☑ No

Amount of claim: **$10,000,000.00**  Value of collateral: **$21,000,000.00**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **100 Orchard St. LLC**                                          Case number (if known) _____
      Name

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

**Specified on line 2.1**

■ Disputed

---

| 2.3 | **Criminal Court of NY** | Describe debtor's property that is subject to a lien | **$10,000.00** | **$21,000,000.00** |

Creditor's Name

**100 Orchard Street, New York, NY 10002**

**100 Centre**
**New York, NY 10013**

**Block 409**
**Lots 1101 and 1102**

Creditor's mailing address

Describe the lien

**Judgment Liens**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**10/8/2019**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6884**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

**Specified on line 2.1**

☐ Disputed

---

| 2.4 | **NYC Depatment of Buildings** | Describe debtor's property that is subject to a lien | **$6,250.00** | **$21,000,000.00** |

Creditor's Name

**100 Orchard Street, New York, NY 10002**

**280 Broadway**
**New York, NY 10007**

**Block 409**
**Lots 1101 and 1102**

Creditor's mailing address

Describe the lien

**Administrative**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**5/18/2018**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

**Specified on line 2.1**

■ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **100 Orchard St. LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.5 | **NYC Dept. of Finance** | Describe debtor's property that is subject to a lien | $397,102.00 | $21,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**100 Orchard Street, New York, NY 10002**

**Block 409
Lots 1101 and 1102**

**P.O. Box 680
Newark, NJ 07101**

Creditor's mailing address

Describe the lien
**Real Estate Taxes**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.6 | **U.S. Small Business Administra** | Describe debtor's property that is subject to a lien | $500,000.00 | $750,000.00 |
|---|---|---|---|---|

Creditor's Name

**All tangible and intangible personal property.**

**14925 Kingsport Road
Fort Worth, TX 76155**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $10,913,352.00 |
|---|---|---|

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **NY County District Attorney
1 Hogan Pl.
New York, NY 10013** | Line __2.3__ | |

Debtor    **100 Orchard St. LLC**
_____
Name

Case number (*if known*) _____

**Teitelbaum Gallagher**
**Attn: James E. Cantanno, Esq.**
**462 Seventh Avenue, 12 Fl.**
**New York, NY 10018**

Line  __2.2__

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **100 Orchard St. LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | $1,000.00 | $1,000.00 |

| | |
|---|---|
| **Kane Calderon**<br>**18 Rosemawr Place**<br>**Clifton, NJ 07012** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed |
| Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Wages** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address | $5,000.00 |

| | |
|---|---|
| **Con Edison**<br> **P.O. Box 1702**<br>**New York, NY 10116** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Electricity and Gas**<br>Is the claim subject to offset?  ☐ No  ☐ Yes |

| | | Amount of claim |
|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address | $1,000.00 |

| | |
|---|---|
| **DNA Mechanical**<br>**107 Edgewood Ave**<br>**Clifton, NJ 07012** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **HVAC Repair**<br>Is the claim subject to offset?  ■ No  ☐ Yes |

| Debtor | **100 Orchard St. LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Eliyahu Idi**
**341 Broadway**
**Brooklyn, NY 11211**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Litigation Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,500.00** |
|---|---|---|---|

**Historic Hotels of America**
**Preferred Hotel Group**
**23 Corporate Plaza, Ste. 190**
**Newport Beach, CA 92660**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Enrollment Fee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$108,130.00** |
|---|---|---|---|

**Jurny Inc.**
**5161 Lankershim Blvd.**
**Suite 250**
**North Hollywood, CA 91601**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Furniture, supplies and equipment.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44,770.34** |
|---|---|---|---|

**Nouveau Elevator Industries In**
**47-55 37th Street**
**Long Island City, NY 11101**

Date(s) debt was incurred  **7/29/2020**

Last 4 digits of account number  **0102**

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **100 Orchard Street, New York, NY 10002**

**Block 409**
**Lots 1101 and 1102**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$51,000.00** |
|---|---|---|---|

**NYC Department of Buildings**
**280 Broadway**
**New York, NY 10007**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Administrative**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,388.00** |
|---|---|---|---|

**NYC Water Board**
**P.O. Box 11863**
**Newark, NJ 07101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Water Charges**
**(from prior Tenant)**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,416.00** |
|---|---|---|---|

**Precision Elevator**
**257 51 Street**
**Brooklyn, NY 11220**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  **Monthly Maintenance and Annual Elevator Test**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **100 Orchard St. LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,034.00 |
|---|---|---|---|

**Safety Fire Sprinkler**
**1070 38th Street**
**Brooklyn, NY 11219**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Sprinkler Inspection Balance**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Sergey Drabkin**
**P. O. Box 240229**
**Brooklyn, NY 11224**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Engineer ( LL11 violation from former tennat)**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $157.00 |
|---|---|---|---|

**Verizon**
**P.O. Box 15124**
**Brooklyn, NY 11212**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Fire Alarm and Elevator Lines**

Is the claim subject to offset? ■ No  ☐ Yes

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **The Law Firm of Robert Moore**<br>**Attn: Robert Moore, Esq.**<br>**140 Broadway, 46th Fl.**<br>**New York, NY 10005** | Line  **3.3**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 1,000.00 |
| 5b. Total claims from Part 2 | 5b.  + | $ 252,395.34 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 253,395.34 |

**Fill in this information to identify the case:**

Debtor name    **100 Orchard St. LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest    **Management and Brand Rights Agreement** | |
| State the term remaining | |
| List the contract number of any government contract _____ | **Jurny, Inc.**<br>**6600 Sunset Blvd.**<br>**Los Angeles, CA 90028** |

**Fill in this information to identify the case:**

Debtor name        **100 Orchard St. LLC**

United States Bankruptcy Court for the:        SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Randy Settenbrino** | **18 Rosemawr Place Clifton, NJ 07012** | **Brick Moon Capital LLC** | ■ D    **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2  **Randy Settenbrino** | **18 Rosemawr Place Clifton, NJ 07012** | **U.S. Small Business Administra** | ■ D    **2.6** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3  **Randy Settenbrino** | **18 Rosemawr Place Clifton, NJ 07012** | **Eliyahu Idi** | ☐ D _____ <br> ■ E/F    **3.3** <br> ☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**United States Bankruptcy Court**
**Southern District of New York**

In re   **100 Orchard St. LLC** _____  Case No. _____
                                             Debtor(s)      Chapter  **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the President/Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **March 23, 2022** _____      **/s/ Randy Settenbrino** _____
                                             **Randy Settenbrino**/**President/Managing Member**
                                             Signer/Title

ASHKIN LAW FIRM
ATTN: ROBERTA ASHKIN, ESQ.
400 EAST 70TH STREET, NO. 2205
NEW YORK, NY 10021


BIL-MAN ASSET MANAGEMENT LLC
12 EAST 37TH STREET
NEW YORK, NY 10016


BRICK MOON CAPITAL LLC
44 EAST 32ND STREET
9TH FLOOR
NEW YORK, NY 10016


CON EDISON
 P.O. BOX 1702
NEW YORK, NY 10116


CRIMINAL COURT OF NY
100 CENTRE
NEW YORK, NY 10013


DNA MECHANICAL
107 EDGEWOOD AVE
CLIFTON, NJ 07012


ELIYAHU IDI
341 BROADWAY
BROOKLYN, NY 11211


HISTORIC HOTELS OF AMERICA
PREFERRED HOTEL GROUP
23 CORPORATE PLAZA, STE. 190
NEWPORT BEACH, CA 92660


JURNY INC.
5161 LANKERSHIM BLVD.
SUITE 250
NORTH HOLLYWOOD, CA 91601


JURNY, INC.
6600 SUNSET BLVD.
LOS ANGELES, CA 90028

KANE CALDERON
18 ROSEMAWR PLACE
CLIFTON, NJ 07012


NOUVEAU ELEVATOR INDUSTRIES IN
47-55 37TH STREET
LONG ISLAND CITY, NY 11101


NY COUNTY DISTRICT ATTORNEY
1 HOGAN PL.
NEW YORK, NY 10013


NYC DEPARTMENT OF BUILDINGS
280 BROADWAY
NEW YORK, NY 10007


NYC DEPATMENT OF BUILDINGS
280 BROADWAY
NEW YORK, NY 10007


NYC DEPT. OF FINANCE
P.O. BOX 680
NEWARK, NJ 07101


NYC WATER BOARD
P.O. BOX 11863
NEWARK, NJ 07101


PRECISION ELEVATOR
257 51 STREET
BROOKLYN, NY 11220


RANDY SETTENBRINO
18 ROSEMAWR PLACE
CLIFTON, NJ 07012


RANDY SETTENBRINO
18 ROSEMAWR PLACE
CLIFTON, NJ 07012


RANDY SETTENBRINO
18 ROSEMAWR PLACE
CLIFTON, NJ 07012

100 Orchard St 128 -

SAFETY FIRE SPRINKLER
1070 38TH STREET
BROOKLYN, NY 11219


SERGEY DRABKIN
P. O. BOX 240229
BROOKLYN, NY 11224


TEITELBAUM GALLAGHER
ATTN: JAMES E. CANTANNO, ESQ.
462 SEVENTH AVENUE, 12 FL.
NEW YORK, NY 10018


THE LAW FIRM OF ROBERT MOORE
ATTN: ROBERT MOORE, ESQ.
140 BROADWAY, 46TH FL.
NEW YORK, NY 10005


U.S. SMALL BUSINESS ADMINISTRA
14925 KINGSPORT ROAD
FORT WORTH, TX 76155


VERIZON
P.O. BOX 15124
BROOKLYN, NY 11212